IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ARCHIE KASHANI, individually and as
Trustee of the Kashani Family 2000
Revocable Trust;
FRESHTE KASHANI, individually and as
Trustee of the Kashani Family 2000
Revocable Trust;
NATIONAL CITY BANK;
RESURGENCE FINANCIAL, LLC; and
MARIN COUNTY, CALIFORNIA,

    Defendants.

Case No. 5:25-cv-2323-NW

[PROPOSED] ORDER

District Judge Noël Wise

Before the Court is the United States' Consent Motion to Amend Case Management and Pretrial Order. Upon review of the Motion, and for good cause shown, the Motion is HEREBY GRANTED. The dispositive motion deadline is extended to July 15, 2026.

August 5, 2026 Dispositive and Daubert motion hearing date converted to Status Conference re: Settlement/Dismissal.

Dated: June 15, 2026

_____
The Honorable Noël Wise
UNITED STATES DISTRICT JUDGE

1