IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARCHIE KASHANI, individually and as Trustee of the Kashani Family 2000 Revocable Trust;<br>FRESHTE KASHANI, individually and as Trustee of the Kashani Family 2000 Revocable Trust;<br>NATIONAL CITY BANK;<br>RESURGENCE FINANCIAL, LLC; and<br>MARIN COUNTY, CALIFORNIA,<br><br>Defendants. | Case No. 5:25-cv-2323-NW<br><br>~~[PROPOSED]~~ **ORDER**<br><br>District Judge Noël Wise |

Before the Court is the United States' Consent Motion to Stay Case Pending Settlement. Upon review of the Motion, and for good cause shown, the Motion is HEREBY GRANTED. This matter is stayed until September 15, 2026. The parties shall file a stipulation dismissing this case on or before September 15, 2026. If this case is not dismissed by September 15, 2026, the parties shall file an updated Case Management Statement by that date.

Dated: July 29, 2026

[signature]

The Honorable Noël Wise
UNITED STATES DISTRICT JUDGE