**SPENCER FANE LLP**
Lisa M. Tracy, Esq. (State Bar No. 198422)
201 Santa Monica Boulevard, Suite 550
Santa Monica, CA 90401
Telephone: 424.217.1830
Facsimile: 424.217.1854
Email: ltracy@spencerfane.com

**SPENCER FANE LLP**
Bojana Rnjak, Esq. (State Bar No. 240725)
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Email: brnjak@spencerfane.com

Attorneys for Defendant
SELENE FINANCE, L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CRAIG ATAIDE, an individual,

Plaintiff,

v.

SELENE FINANCE, L.P. and DOES 1-50, inclusive,

Defendants.

Case No.: 5:26-cv-02226-NW

*Assigned to the Hon. Noel Wise*
*Courtroom 3*

**~~[PROPOSED]~~ ORDER ~~GRANTING~~ DENYING REMOTE APPEARANCE**

Hearing: September 25, 2026
Time: 10:00 a.m.

Action Filed: March 13, 2026
Trial Date: None Set

Defendant's Administrative Request to Appear Remotely at the hearing scheduled for September 25, 2026, at 10:00 a.m., is GRANTED.

///

Counsel shall comply with the Court's Standing Order on Procedures for Remote Appearances.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
DENIED
Judge Noël Wise
NORTHERN DISTRICT OF CALIFORNIA

DATED: September 16, 2026

HON. NOEL WISE
UNITED STATES DISTRICT JUDGE