UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KASHANI, et al.,

Defendants.

Case No. 25-cv-02323-NW

**ORDER VACATING ORDER TO SHOW CAUSE HEARING; DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

Re: ECF No. 43.

On July 15, 2026, the parties moved this Court to stay "matter until September 15, 2026, while the parties work to finalize a settlement in this case." ECF No. 39. On July 29, 2026, the Court granted the parties' motion and ordered the parties to file, by no later than September 15, 2026, a stipulation dismissing this case or a joint case management statement explaining why the case had not been dismissed. ECF No. 40. The parties did not file a stipulation nor a joint case management statement by the deadline and, on October 6, 2026, the Court issued a (corrected) Order to Show Cause, ordering the parties to show cause why this case should not be dismissed. ECF No. 43. The parties deadline to oppose dismissal was October 13, 2026. *Id.*

As neither party has filed an objection to dismissal or contacted the Court to request an extension, the case is hereby DISMISSED without prejudice. The Court VACATES the hearing set for October 20, 2026 at 10:00 a.m., and directs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California